UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

FREEPLAY MUSIC, CORP.,

                              Plaintiff,

             - against -

VIVID ENTERTAINMENT GROUP and
TERAVISION, INC.

                        Defendants.

-------------------------------------------------------------------x

*ECF CASE*

Index No. **06 CV 4212(LBS)**

**COMPLAINT**

**JURY TRIAL DEMANDED**

Plaintiff Freeplay Music Corp., by its attorney, Christopher Serbagi, for their complaint against the above-named Defendants, alleges as follows:

### NATURE OF ACTION

1.     This is an action for federal copyright infringement and false designation of origin under 15 U.S.C. § 1125(a) of the Lanham Act, arising from the Defendants continuing willful infringement of five of Plaintiff's copyrighted works.

### JURISDICTION AND VENUE

2.     This court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332, and 1338 and 15 U.S.C. § 1121(a).

3.     This Court has personal jurisdiction over the Defendants by virtue of their transacting, doing, and soliciting business in this district.

4.     Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and 1391(c).

## THE PARTIES

5.      Plaintiff Freeplay Music Corp. ("Freeplay") is a New York corporation, whose principal place of business is in New York.

6.      Upon information and belief, Defendant Vivid Entertainment Group ("Vivid") is a California corporation, with its principal place of business at 3599 Cahuenga Blvd. W., Los Angeles, California  90068.

7.      Upon information and belief, Defendant Teravision, Inc. ("Teravision") is a California corporation, with its principal place of business at 13273 Ventura Blvd., Suite 105, Studio City, California  91604.

## ALLEGATIONS COMMON TO ALL COUNTS

8.      Freeplay owns copyright registrations in the following musical compositions and sound recordings: (i) "Anatak" (U.S. Reg. No. SR 374-912); (ii) "Erotica 60" (U.S. Reg. No. SR 374-914);  (iii) "While the Nation Morns" (Reg. No. SR 336 928); and (iv) "Slow your Roll" (U.S. Reg. No. SR 374 911).  On or about January 4, 2006, Freeplay filed a copyright registration Form SR for a work entitled "Boohama" (collectively, the "Sound Recordings").  All of the Sound Recordings are copyrightable subject matter under the Copyright Act, 17 U.S.C. § 101 et seq.  True and correct copies of the U.S. Copyright Certificates of Registration are attached hereto as Exhibits A-E, respectively.

9.      Among other things, Freeplay offers an on-line music library, which is a comprehensive collection of High End Broadcast production music spanning all the popular musical genres, available for download either on-line or for purchase on portable Hard Drive. Freeplay's unique technology approach for reporting broadcast performances levels the playing

field of time, date and duration broadcast performances, giving every composer represented in its Freeplay Music catalogue the same opportunity of equality and accuracy in music detection reporting to the performing rights societies (ASCAP, BMI and SESAC) never realized under today's current manual cue sheet reporting methods.  Freeplay's vision and continued mission is to expand the scope and depth of the Freeplay Music Library, and introduce additional offerings that set new standards as well as meet the production music needs of creative professionals and users around the globe.

10.     Freeplay owns approximately 1,500 musical copyrights,  has nine million users and seven figure annual revenues.

11.     Freeplay is, and at all relevant times has been, the owner of the copyrights in the Sound Recordings.  Freeplay does not knowingly license its music to the pornographic industry.

12.     On information and belief, Defendant Teravision is an adult film studio owned by pornographic film star Tera Patrick and Evan Seinfeld.

13.     On information and belief, Defendant Vivid is a producer and distributor of pornographic films, including films sold by Defendant Teravision.  On information and belief, Vivid sells its pornographic films to the retail and rental markets directly, and to consumers through its on-line mail order site.  Vivid also distributes its films to cable and satellite channels and offers its Internet subscribers pay per view access.

14.     On information and belief, in or about March 2006, Defendants began selling and distributing an extremely hard core pornographic film entitled "Appetite for Destruction."

15.     The film "Appetite for Destruction" contains the Sounds Recordings, which Defendants appropriated for their own use without Freeplay's consent, authorization or knowledge.

16.     Defendant has admitted its infringement of the Sound Recordings.

17.     Defendants continue to infringe Freeplay's copyrights in the Sound Recordings.

18.     On information and belief, Defendants knew that they had no authorization to use the Sound Recordings on "Appetite for Destruction," but chose to do so anyway.

19.     Defendants' use of the Sound Recordings in its hard core pornographic film has damaged and continues to damage the Plaintiff's reputation in the industry because it appears that it authorized Defendant's use of the Sound Recordings, which is not the case.

## CAUSES OF ACTION AGAINST DEFENDANTS

### FIRST CAUSE OF ACTION

### (FEDERAL COPYRIGHT INFRINGEMENT)

20.     Plaintiff repeats and re-alleges the allegations set forth in paragraphs 1 through 19, as if fully set forth herein.

21.     As a result of the foregoing acts, Defendants have willfully and intentionally infringed Plaintiff's federal copyright, all in violation of 17 U.S.C. § 501.

### SECOND CAUSE OF ACTION

### (FALSE DESIGNATION OF ORIGIN UNDER 15 U.S.C. § 1125(a))

22.     Plaintiff repeats and re-alleges the allegations set forth in paragraphs 1 through 21, as if fully set forth herein.

23.     The Defendants unauthorized use of Freeplay's copyrighted material is likely to cause consumers to mistakenly believe that the Defendants have an affiliation with the Plaintiff, or that the Defendants' pornographic services are sponsored or approved by the Plaintiff, or that the Defendants are otherwise associated with or have obtained permission from Plaintiff to use the Sound Recordings.

WHEREFORE, Plaintiff demands:

24.     Defendants' acts of copyright infringement, unfair competition and false advertising have caused and are now causing irreparable injury to Plaintiff's goodwill and excellent reputation in an amount that cannot be ascertained at this time, and unless enjoined, will cause further irreparable injury, leaving Plaintiff with no adequate remedy at law.

25.     By reason of the foregoing, Plaintiff is entitled to a temporary restraining order forcing the Defendants to cease distribution of the infringing work and injunctive relief against Defendants, and, after trial, to recover any damages proven to have been caused by Defendants' acts.

26.     For statutory damages, lost profits, or any other damages provided by law.

27.     For its reasonable attorney's fees and costs.

28.     For such other and further relief as the Court deems just and proper.

Dated: New York, New York
       June 2 , 2006

LAW OFFICES OF CHRISTOPHER SERBAGI

By: _____
       Christopher Serbagi, Esq. (7746)
       488 Madison Avenue, Suite 1120
       New York, New York  10022
       (212) 593-2112

       Attorney for the Plaintiff

5

# EX. A

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

SR 374-912



**EFFECTIVE DATE OF REGISTRATION**

1-23-06
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  **TITLE OF THIS WORK ▼**

FREEPLAY MUSIC CORP / DVD # 3

**PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼**

SEE ATTACHED CONTINUATION SHEET

**2** **a** **NAME OF AUTHOR ▼**

FREEPLAY MUSIC CORP

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
*Sound recording and music*

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** **a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**

2003 ◀ Year   This information must be given in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ 6   Day ▶ 1   Year ▶ 2003
Nation ▶ United States of America

**4** **a** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

FREEPLAY MUSIC CORP.
1650 Broadway, 1108
New York, N.Y. 10019

**APPLICATION RECEIVED**
JAN 2 3 2006
**ONE DEPOSIT RECEIVED**
JAN 2 3 2006
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**b** **TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 6 pages

*Amended by C.O. Authority phone call to
Scott Schreer on 3/21/06.

**Prepared by C.O. from informal continuation sheet.

| EXAMINED BY | | FORM SR |
| CHECKED BY | | |
| CORRESPONDENCE □ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**
PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
□ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. □ This work was previously registered in unpublished form and now has been published for the first time.
b. □ This is the first application submitted by this author as copyright claimant.
c. □ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**6**
DERIVATIVE WORK OR COMPILATION
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
a

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
b

See instructions before completing this space.

**7**
DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼
a

CORRESPONDENCE Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
b
Scott P. Schreer
Freeplay Music Corp
1650 Broadway, 1108
N.Y.  10019
Area code and daytime telephone number  212-974-0818   Fax number 212-664-7737
Email  Scott@freeplaymusic.com

**8**
CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▼
□ author
□ owner of exclusive right(s)
□ other copyright claimant
☑ authorized agent of  Scott P. Schreer
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Scott P. Schreer     Date 1/5/06

Handwritten signature (X) ▼
X

**9**
Certificate will be mailed in window envelope to this address
Name ▼  Freeplay Music Corp
Number/Street/Apt ▼  1650 Broadway, 1108
City/State/ZIP ▼  N.Y.  NY  10019

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office - SR
101 Independence Avenue, S.E.
Washington, D.C. 20559-6227

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—100,000.  Web Rev July 2003  ⊕ Printed on recycled paper     U.S. Government Printing Office: 2003-496-605/60,042

# CONTINUATION SHEET
# FOR APPLICATION FORMS

Ⓒ Form __SR__/CON
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SR 374-912

[barcode]                                    VAU

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

EFFECTIVE DATE OF REGISTRATION

1 - 23 - 06
(Month)      (Day)      (Year)

CONTINUATION SHEET RECEIVED

JAN 2 3 2006

Page __3__ of __6__ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

**A**
Identification
of
Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.) /
  "FREEPLAY MUSIC CORP / DVD #3"
- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)
  FREEPLAY MUSIC CORP

---

**B**
Continuation
of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

06/01/2006 13:23 FAX 12125641737   FREEPLAY/NJJ   ☑ 001/002

**CONTINUATION OF** (Check which):   ☐ Space 1   ☐ Space 4   ☐ Space 6

**C** Continuation of other Spaces

| | | |
|---|---|---|
| Electro-Rock Overdrive Vol 2 | Anatak | trk 1 |
| Electro-Rock Overdrive Vol 2 | Answers | trk 2 |
| Electro-Rock Overdrive Vol 2 | Crystal Sky | trk 3 |
| Electro-Rock Overdrive Vol 2 | Drifting | trk 4 |
| Electro-Rock Overdrive Vol 2 | Imitator | trk 5 |
| Electro-Rock Overdrive Vol 2 | RedSky | trk 6 |
| Electro-Rock Overdrive Vol 2 | Seether | trk 7 |
| Electro-Rock Overdrive Vol 2 | Surf Nation | trk 8 |
| Electro-Rock Overdrive Vol 2 | Anatak | trk 9 |
| Electro-Rock Overdrive Vol 2 | Answers | trk 10 |
| Electro-Rock Overdrive Vol 2 | Crystal Sky | trk 11 |
| Electro-Rock Overdrive Vol 2 | Drifting | trk 12 |
| Electro-Rock Overdrive Vol 2 | Imitator | trk 13 |
| Electro-Rock Overdrive Vol 2 | RedSky | trk 14 |
| Electro-Rock Overdrive Vol 2 | Seether | trk 15 |
| Electro-Rock Overdrive Vol 2 | Surf Nation | trk 16 |
| Electro-Rock Overdrive Vol 2 | Anatak | trk 17 |
| Electro-Rock Overdrive Vol 2 | Answers | trk 18 |
| Electro-Rock Overdrive Vol 2 | Crystal Sky | trk 19 |
| Electro-Rock Overdrive Vol 2 | Drifting | trk 20 |
| Electro-Rock Overdrive Vol 2 | Imitator | trk 21 |
| Electro-Rock Overdrive Vol 2 | RedSky | trk 22 |
| Electro-Rock Overdrive Vol 2 | Seether | trk 23 |
| Electro-Rock Overdrive Vol 2 | Surf Nation | trk 24 |

| | | |
|---|---|---|
| Electro-Rock Overdrive Vol 3 | Cyclophonic | Trk 1 |
| Electro-Rock Overdrive Vol 3 | Endless | Trk 2 |
| Electro-Rock Overdrive Vol 3 | Essental | Trk 3 |
| Electro-Rock Overdrive Vol 3 | Eternal | Trk 4 |
| Electro-Rock Overdrive Vol 3 | Metro | Trk 5 |
| Electro-Rock Overdrive Vol 3 | Resilient | Trk 6 |
| Electro-Rock Overdrive Vol 3 | Vibe Nation | Trk 7 |
| Electro-Rock Overdrive Vol 3 | Cyclophonic | Trk 8 |
| Electro-Rock Overdrive Vol 3 | Endless | Trk 9 |
| Electro-Rock Overdrive Vol 3 | Essental | Trk 10 |
| Electro-Rock Overdrive Vol 3 | Eternal | Trk 11 |
| Electro-Rock Overdrive Vol 3 | Metro | Trk 12 |
| Electro-Rock Overdrive Vol 3 | Resilient | Trk 13 |
| Electro-Rock Overdrive Vol 3 | Vibe Nation | Trk 14 |
| Electro-Rock Overdrive Vol 3 | Cyclophonic | Trk 15 |
| Electro-Rock Overdrive Vol 3 | Endless | Trk 16 |
| Electro-Rock Overdrive Vol 3 | Essental | Trk 17 |
| Electro-Rock Overdrive Vol 3 | Eternal | Trk 18 |
| Electro-Rock Overdrive Vol 3 | Metro | Trk 19 |
| Electro-Rock Overdrive Vol 3 | Resilient | Trk 20 |
| Electro-Rock Overdrive Vol 3 | Vibe Nation | Trk 21 |

| | | |
|---|---|---|
| Etheral Movements V Before We Part | trk 1 |
| Etheral Movements V Bug Juice | trk 2 |
| Etheral Movements V Cool Glider | trk 3 |
| Etheral Movements V Electro Pastoral | trk 4 |
| Etheral Movements V Evolution Ether | trk 5 |
| Etheral Movements V Evolution Returns | trk 6 |
| Etheral Movements V Halcyon Sunrises | trk 7 |
| Etheral Movements V Higher Planes | trk 8 |
| Etheral Movements V Harden Bayou | trk 9 |
| Etheral Movements V Quiet Corner | trk 10 |
| Etheral Movements V Right In Time | trk 11 |
| Etheral Movements V Sidewalking | trk 12 |
| Etheral Movements V Slowly Surrender | trk 13 |
| Etheral Movements V Winding Winds | trk 14 |
| Etheral Movements V Before We Part | trk 15 |
| Etheral Movements V Bug Juice | trk 16 |
| Etheral Movements V Cool Glider | trk 17 |
| Etheral Movements V Electro Pastoral | trk 18 |
| Etheral Movements V Evolution Ether | trk 19 |
| Etheral Movements V Halcyon Sunrises | trk 20 |
| Etheral Movements V Higher Planed | trk 21 |
| Etheral Movements V Quiet Corner | trk 22 |
| Etheral Movements V Right In Time | trk 23 |
| Etheral Movements V Sidewalking | trk 24 |
| Etheral Movements V Slowly Surrender | trk 25 |
| Etheral Movements V Winding Winds | trk 26 |
| Etheral Movements V Before We Part | trk 27 |
| Etheral Movements V Bug Juice | trk 28 |
| Etheral Movements V Cool Glider | trk 29 |
| Etheral Movements V Electro Pastoral | trk 30 |
| Etheral Movements V Evolution Ether | trk 31 |
| Etheral Movements V Halcyon Sunrises | trk 32 |
| Etheral Movements V Higher Planes | trk 33 |
| Etheral Movements V Harden Bayou | trk 34 |
| Etheral Movements V Quiet Corner | trk 35 |
| Etheral Movements V Right In Time | trk 36 |
| Etheral Movements V Sidewalking | trk 37 |
| Etheral Movements V Slowly Surrender | trk 38 |
| Etheral Movements V Winding Winds | trk 39 |

| | | |
|---|---|---|
| Five Second Logos Vol 1 | Logo 1 |
| Five Second Logos Vol 1 | Logo 2 |
| Five Second Logos Vol 1 | Logo 3 |
| Five Second Logos Vol 1 | Logo 4 |
| Five Second Logos Vol 1 | Logo 5 |

| | |
|---|---|
| Gary Phillips Vol 1 | Blind Date |
| Gary Phillips Vol 1 | Chances |
| Gary Phillips Vol 1 | Dark And Stormy |
| Gary Phillips Vol 1 | Down To Size |
| Gary Phillips Vol 1 | Feel Good |
| Gary Phillips Vol 1 | Final Cut |
| Gary Phillips Vol 1 | Going Gone |
| Gary Phillips Vol 1 | Gotta Get It Right |
| Gary Phillips Vol 1 | Hopefully |
| Gary Phillips Vol 1 | Keep It |
| Gary Phillips Vol 1 | Keep On |
| Gary Phillips Vol 1 | KI |
| Gary Phillips Vol 1 | Punk Life |
| Gary Phillips Vol 1 | Round Again |
| Gary Phillips Vol 1 | Sliding Home |
| Gary Phillips Vol 1 | Speed Racer |
| Gary Phillips Vol 1 | Things We Said |
| Gary Phillips Vol 1 | This Time |
| Gary Phillips Vol 1 | Time Pilot |
| Gary Phillips Vol 1 | Why Up |
| Gary Phillips Vol 1 | You Don't Know |
| Gary Phillips Vol 1 | Bass Drum |

**Certificate will be mailed in window envelope to this address:**

Name ▼

Number/Street/Apt ▼

City/State/ZIP ▼

**D**

**YOU MUST:**
- Complete all necessary spaces
- Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

08/01/2006 13:23 FAX 12126541731 FREEPLAY/NJJ 002/002

**CONTINUATION OF** (Check which):  ☐ Space 1  ☐ Space 4  ☐ Space 6

**C** Continuation of other Spaces

| | | |
|---|---|---|
| Deluxe Ryhthm & Blues Vol 1 | Boom Skankin | Trk 1 |
| Deluxe Ryhthm & Blues Vol 1 | City Windows | Trk 2 |
| Deluxe Ryhthm & Blues Vol 1 | Come And Get It | Trk 3 |
| Deluxe Ryhthm & Blues Vol 1 | I Wonder | Trk 4 |
| Deluxe Ryhthm & Blues Vol 1 | Junes Groove | Trk 5 |
| Deluxe Ryhthm & Blues Vol 1 | Layin Low | Trk 6 |
| Deluxe Ryhthm & Blues Vol 1 | Midnight Blue | Trk 7 |
| Deluxe Ryhthm & Blues Vol 1 | Saturday Slink | Trk 8 |
| Deluxe Ryhthm & Blues Vol 1 | Time Alone | Trk 9 |
| Deluxe Ryhthm & Blues Vol 1 | Time Starts Now | Trk 10 |
| Deluxe Ryhthm & Blues Vol 1 | Boom Skankin | Trk 11 |
| Deluxe Ryhthm & Blues Vol 1 | City Windows | Trk 12 |
| Deluxe Ryhthm & Blues Vol 1 | Come And Get It | Trk 13 |
| Deluxe Ryhthm & Blues Vol 1 | I Wonder | Trk 14 |
| Deluxe Ryhthm & Blues Vol 1 | Junes Groove | Trk 15 |
| Deluxe Ryhthm & Blues Vol 1 | Layin Low | Trk 16 |
| Deluxe Ryhthm & Blues Vol 1 | Midnight Blue | Trk 17 |
| Deluxe Ryhthm & Blues Vol 1 | Saturday Slink | Trk 18 |
| Deluxe Ryhthm & Blues Vol 1 | Time Alone | Trk 19 |
| Deluxe Ryhthm & Blues Vol 1 | Time Starts Now | Trk 20 |
| Deluxe Ryhthm & Blues Vol 1 | Boom Skankin | Trk 21 |
| Deluxe Ryhthm & Blues Vol 1 | City Windows | Trk 22 |
| Deluxe Ryhthm & Blues Vol 1 | Come And Get It | Trk 23 |
| Deluxe Ryhthm & Blues Vol 1 | I Wonder | Trk 24 |
| Deluxe Ryhthm & Blues Vol 1 | Junes Groove | Trk 25 |
| Deluxe Ryhthm & Blues Vol 1 | Layin Low | Trk 26 |
| Deluxe Ryhthm & Blues Vol 1 | Midnight Blue | Trk 27 |
| Deluxe Ryhthm & Blues Vol 1 | Saturday Slink | Trk 28 |
| Deluxe Ryhthm & Blues Vol 1 | Time Alone | Trk 29 |
| Deluxe Ryhthm & Blues Vol 1 | Time Starts Now | Trk 30 |

| | | |
|---|---|---|
| Drama Vol 2 | Around The Corner | Track 1 |
| Drama Vol 2 | Bipolar | Track 2 |
| Drama Vol 2 | Check Mate | Track 3 |
| Drama Vol 2 | Drastic Measures | Track 4 |
| Drama Vol 2 | Fang | Track 5 |
| Drama Vol 2 | Farewell | Track 6 |
| Drama Vol 2 | Gates To Addis | Track 7 |
| Drama Vol 2 | Mountains | Track 8 |
| Drama Vol 2 | Steadfast | Track 9 |
| Drama Vol 2 | The Fortuneteller | Track 10 |
| Drama Vol 2 | Around The Corner | Track 11 |
| Drama Vol 2 | Bipolar | Track 12 |
| Drama Vol 2 | Check Mate | Track 13 |
| Drama Vol 2 | Drastic Measures | Track 14 |
| Drama Vol 2 | Fang | Track 15 |
| Drama Vol 2 | Farewell | Track 16 |
| Drama Vol 2 | Gates To Addis | Track 17 |
| Drama Vol 2 | Mountains | Track 18 |
| Drama Vol 2 | Steadfast | Track 19 |
| Drama Vol 2 | The Fortuneteller | Track 20 |
| Drama Vol 2 | Around The Corner | Track 21 |
| Drama Vol 2 | Bipolar | Track 22 |
| Drama Vol 2 | Check Mate | Track 23 |
| Drama Vol 2 | Drastic Measures | Track 24 |
| Drama Vol 2 | Fang | Track 25 |
| Drama Vol 2 | Farewell | Track 26 |
| Drama Vol 2 | Gates To Addis | Track 27 |
| Drama Vol 2 | Mountains | Track 28 |
| Drama Vol 2 | Steadfast | Track 29 |
| Drama Vol 2 | The Fortuneteller | Track 30 |
| Drama Vol 2 | Around The Corner | Track 31 |
| Drama Vol 2 | Bipolar | Track 32 |
| Drama Vol 2 | Check Mate | Track 33 |
| Drama Vol 2 | Drastic Measures | Track 34 |
| Drama Vol 2 | Fang | Track 35 |
| Drama Vol 2 | Farewell | Track 36 |
| Drama Vol 2 | Gates To Addis | Track 37 |
| Drama Vol 2 | Mountains | Track 38 |
| Drama Vol 2 | Steadfast | Track 39 |
| Drama Vol 2 | The Fortuneteller | Track 40 |

| | | |
|---|---|---|
| Electro-Rock Overdrive Vol 1 | Decimator | trk 1 |
| Electro-Rock Overdrive Vol 1 | Downhill Rock | trk 2 |
| Electro-Rock Overdrive Vol 1 | Energy | trk 3 |
| Electro-Rock Overdrive Vol 1 | Feed | trk 4 |
| Electro-Rock Overdrive Vol 1 | Glow | trk 5 |
| Electro-Rock Overdrive Vol 1 | Jump | trk 6 |
| Electro-Rock Overdrive Vol 1 | Rave | trk 7 |
| Electro-Rock Overdrive Vol 1 | Scare | trk 8 |
| Electro-Rock Overdrive Vol 1 | Seventies | trk 9 |
| Electro-Rock Overdrive Vol 1 | Silver | trk 10 |
| Electro-Rock Overdrive Vol 1 | Thrash | trk 11 |
| Electro-Rock Overdrive Vol 1 | Decimator | trk 12 |
| Electro-Rock Overdrive Vol 1 | Downhill Rock | trk 13 |
| Electro-Rock Overdrive Vol 1 | Energy | trk 14 |
| Electro-Rock Overdrive Vol 1 | Feed | trk 15 |
| Electro-Rock Overdrive Vol 1 | Glow | trk 16 |
| Electro-Rock Overdrive Vol 1 | Jump | trk 17 |
| Electro-Rock Overdrive Vol 1 | Rave | trk 18 |
| Electro-Rock Overdrive Vol 1 | Scare | trk 19 |
| Electro-Rock Overdrive Vol 1 | Seventies | trk 20 |
| Electro-Rock Overdrive Vol 1 | Silver | trk 21 |

| | | |
|---|---|---|
| Electro-Rock Overdrive Vol 1 | Thrash | trk 22 |
| Electro-Rock Overdrive Vol 1 | Decimator | trk 23 |
| Electro-Rock Overdrive Vol 1 | Downhill Rock | trk 24 |
| Electro-Rock Overdrive Vol 1 | Energy | trk 25 |
| Electro-Rock Overdrive Vol 1 | Feed | trk 26 |
| Electro-Rock Overdrive Vol 1 | Glow | trk 27 |
| Electro-Rock Overdrive Vol 1 | Jump | trk 28 |
| Electro-Rock Overdrive Vol 1 | Rave | trk 29 |
| Electro-Rock Overdrive Vol 1 | Scare | trk 30 |
| Electro-Rock Overdrive Vol 1 | Seventies | trk 31 |
| Electro-Rock Overdrive Vol 1 | Silver | trk 32 |
| Electro-Rock Overdrive Vol 1 | Thrash | trk 33 |

**D**

Certificate will be mailed in window envelope to this address:

Name ▼

Number/Street/Apt ▼

City/State/ZIP ▼



1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**EX. B**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

**SR 374-914**



**EFFECTIVE DATE OF REGISTRATION**

1 - 23 - 06
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK ▼**

FREEPLAY MUSIC CORP. / DVD # 7

**PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼**

SEE ATTACHED CONTINUATION SHEET

---

**2** **NAME OF AUTHOR ▼**

**a** FREEPLAY MUSIC CORP.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
      Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

SOUND RECORDING + MUSIC

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**b**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**c**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**

**a** 2003 ◀ Year in all cases.
This information must be given

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ 6   Day ▶ 1   Year ▶ 2003
United States of America ◀ Nation

---

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

FREEPLAY MUSIC CORP.
1650 BROADWAY 1108
NEW YORK, N.Y. 10019

**APPLICATION RECEIVED**
JAN 2 3 2006
**ONE DEPOSIT RECEIVED**
JAN 2 3 2006
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**b** **TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of 6 pages

EXAMINED BY **OG**

**FORM SR**

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

*Prepared by C.O. from informal continuation sheet.*

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**5**

a. ☐ This work was previously registered in unpublished form and now has been published for the first time.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼   **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                              **Account Number** ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name / Address / Apt / City / State / ZIP ▼

**b**   Scott P. Schreer
FREEPLAY MUSIC CORP.
1650 BROADWAY, 1108
N.Y. N.Y. 10019

Area code and daytime telephone number   212-974-0548   Fax number 212-664-7737
Email   scott@freeplaymusic.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Scott P. Schreer
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Scott P. Schreer                            Date 1/5/06

Handwritten signature (x) ▼
X

**Certificate
will be
mailed in
window
envelope
to this
address**

Name ▼   Freeplay Music Corp.
Number/Street/Apt ▼   1650 Broadway, 1108
City/State/ZIP ▼   N.Y. N.Y.   10019

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office - SR
101 Independence Avenue, S.E.
Washington, D.C. 20559-6227

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—100,000  Web Rev: July 2003   ♺ Printed on recycled paper                            U.S. Government Printing Office 2003-496-605/60,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**Ⓒ Form SR/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 374-914**

EFFECTIVE DATE OF REGISTRATION

1 - 23 - 06
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

JAN 2 3 2006

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

Page 3 of 6 pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**A**
Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

FREEPLAY MUSIC CORP / DVD #7

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

FREEPLAY MUSIC CORP.

**B**
Continuation of Space 2

**d**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
| | Year Born▼    Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
| | Year Born▼    Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
| | Year Born▼    Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

CONTINUATION OF (Check which):   □ Space 1   □ Space 4   □ Space 6

**C** — Continuation of other Spaces

| | | |
|---|---|---|
| Pop Vol 4 | A Happy Day | Trk 1 |
| Pop Vol 4 | Awakenings | Trk 2 |
| Pop Vol 4 | A Wonderful World | Trk 3 |
| Pop Vol 4 | Conflict | Trk 4 |
| Pop Vol 4 | Doctor Jones | Trk 5 |
| Pop Vol 4 | Immersion | Trk 6 |
| Pop Vol 4 | Overlooking The Sea | Trk 7 |
| Pop Vol 4 | Psychedelic Dream | Trk 8 |
| Pop Vol 4 | Remembering | Trk 9 |
| Pop Vol 4 | Song For Love | Trk 10 |
| Pop Vol 4 | A Happy Day | Trk 11 |
| Pop Vol 4 | Awakenings | Trk 12 |
| Pop Vol 4 | A Wonderful World | Trk 13 |
| Pop Vol 4 | Conflict | Trk 14 |
| Pop Vol 4 | Doctor Jones | Trk 15 |
| Pop Vol 4 | Immersion | Trk 16 |
| Pop Vol 4 | Overlooking The Sea | Trk 17 |
| Pop Vol 4 | Psychedelic Dream | Trk 18 |
| Pop Vol 4 | Remembering | Trk 19 |
| Pop Vol 4 | Song For Love | Trk 20 |
| Pop Vol 4 | A Happy Day | Trk 21 |
| Pop Vol 4 | Awakenings | Trk 22 |
| Pop Vol 4 | A Wonderful World | Trk 23 |
| Pop Vol 4 | Conflict | Trk 24 |
| Pop Vol 4 | Doctor Jones | Trk 25 |
| Pop Vol 4 | Immersion | Trk 26 |
| Pop Vol 4 | Overlooking The Sea | Trk 27 |
| Pop Vol 4 | Psychedelic Dream | Trk 28 |
| Pop Vol 4 | Remembering | Trk 29 |
| Pop Vol 4 | Song For Love | Trk 30 |

| | | |
|---|---|---|
| Rockin Hop Vol 1 | Blazing | trk 1 |
| Rockin Hop Vol 1 | Coming Home | trk 2 |
| Rockin Hop Vol 1 | FuYu | trk 3 |
| Rockin Hop Vol 1 | Get Gone | trk 4 |
| Rockin Hop Vol 1 | Hip Shell | trk 5 |
| Rockin Hop Vol 1 | Jem Hop | trk 6 |
| Rockin Hop Vol 1 | Luda Style | trk 7 |
| Rockin Hop Vol 1 | Poppy Rock | trk 8 |
| Rockin Hop Vol 1 | Sly Hop | trk 9 |
| Rockin Hop Vol 1 | What I Want | trk 10 |
| Rockin Hop Vol 1 | Blazing | trk 11 |
| Rockin Hop Vol 1 | Coming Home | trk 12 |
| Rockin Hop Vol 1 | FuYu | trk 13 |
| Rockin Hop Vol 1 | Get Gone | trk 14 |
| Rockin Hop Vol 1 | Hip Shell | trk 15 |
| Rockin Hop Vol 1 | Jem Hop | trk 16 |
| Rockin Hop Vol 1 | Luda Style | trk 17 |
| Rockin Hop Vol 1 | Poppy Rock | trk 18 |
| Rockin Hop Vol 1 | Sly Hop | trk 19 |
| Rockin Hop Vol 1 | What I Want | trk 20 |
| Rockin Hop Vol 1 | Blazing | trk 21 |
| Rockin Hop Vol 1 | Coming Home | trk 22 |
| Rockin Hop Vol 1 | FuYu | trk 23 |
| Rockin Hop Vol 1 | Get Gone | trk 24 |
| Rockin Hop Vol 1 | Hip Shell | trk 25 |
| Rockin Hop Vol 1 | Jem Hop | trk 26 |
| Rockin Hop Vol 1 | Luda Style | trk 27 |
| Rockin Hop Vol 1 | Poppy Rock | trk 28 |
| Rockin Hop Vol 1 | Sly Hop | trk 29 |
| Rockin Hop Vol 1 | What I Want | trk 30 |

| | | |
|---|---|---|
| Sports Extreme Vol 3 | Marshall Law | trk 1 |
| Sports Extreme Vol 3 | Metallic Rage | trk 2 |
| Sports Extreme Vol 3 | Say Uncle | trk 3 |
| Sports Extreme Vol 3 | Straight Down | trk 4 |
| Sports Extreme Vol 3 | Surf Punk | trk 5 |
| Sports Extreme Vol 3 | Swinging The Chain | trk 6 |
| Sports Extreme Vol 3 | Wasteland | trk 7 |
| Sports Extreme Vol 3 | X-Dream | trk 8 |
| Sports Extreme Vol 3 | Zombie Killer | trk 9 |
| Sports Extreme Vol 3 | Marshall Law | trk 10 |
| Sports Extreme Vol 3 | Metallic Rage | trk 11 |
| Sports Extreme Vol 3 | Say Uncle | trk 12 |
| Sports Extreme Vol 3 | Straight Down | trk 13 |
| Sports Extreme Vol 3 | Surf Punk | trk 14 |
| Sports Extreme Vol 3 | Swinging The Chain | trk 15 |
| Sports Extreme Vol 3 | Wasteland | trk 16 |
| Sports Extreme Vol 3 | X-Dream | trk 17 |
| Sports Extreme Vol 3 | Zombie Killer | trk 18 |

| | | |
|---|---|---|
| Todd Haberman Vol 1 | Engage | trk 1 |
| Todd Haberman Vol 1 | Keep Out | trk 2 |
| Todd Haberman Vol 1 | Sneak Attack | trk 3 |
| Todd Haberman Vol 1 | Sidewinder | trk 4 |
| Todd Haberman Vol 1 | Happy Days | trk 5 |
| Todd Haberman Vol 1 | Discovery | trk 6 |
| Todd Haberman Vol 1 | New World | trk 7 |
| Todd Haberman Vol 1 | The Benz | trk 8 |
| Todd Haberman Vol 1 | Precious Moments | trk 9 |
| Todd Haberman Vol 1 | Kickin It | trk 10 |
| Todd Haberman Vol 1 | Progression | trk 11 |
| Todd Haberman Vol 1 | Lift off | trk 12 |
| Todd Haberman Vol 1 | Driven | trk 13 |
| Todd Haberman Vol 1 | Walk The Walk | trk 14 |
| Todd Haberman Vol 1 | Marching On | trk 15 |
| Todd Haberman Vol 1 | Lets Go 2 | trk 16 |
| Todd Haberman Vol 1 | Today Is The Day | trk 17 |
| Todd Haberman Vol 1 | Get On Up | trk 18 |
| Todd Haberman Vol 1 | Get In The Groove | trk 19 |
| Todd Haberman Vol 1 | Scooters Anthem | trk 20 |

**D**

Certificate will be mailed in window envelope to this address:

Name ▼

Number/Street/Apt ▼

City/State/ZIP ▼

**YOU MUST**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**CONTINUATION OF** (Check which): ☐ Space 1   ☐ Space 4   ☐ Space 6

**C**
Continuation
of other
Spaces

| | | |
|---|---|---|
| Sunny Summer Rock Vol 1 | Inverse Universe | Trk 1 |
| Sunny Summer Rock Vol 1 | Because | Trk 2 |
| Sunny Summer Rock Vol 1 | Closer To You | Trk 3 |
| Sunny Summer Rock Vol 1 | Free Flying | Trk 4 |
| Sunny Summer Rock Vol 1 | Next Time | Trk 5 |
| Sunny Summer Rock Vol 1 | Summers Eve | Trk 6 |
| Sunny Summer Rock Vol 1 | Syrup Plush | Trk 7 |
| Sunny Summer Rock Vol 1 | Under The Sun | Trk 8 |
| Sunny Summer Rock Vol 1 | What Its Worth | Trk 9 |
| Sunny Summer Rock Vol 1 | Years Gone By | Trk 10 |
| Sunny Summer Rock Vol 1 | Inverse Universe | Trk 11 |
| Sunny Summer Rock Vol 1 | Because | Trk 12 |
| Sunny Summer Rock Vol 1 | Closer To You | Trk 13 |
| Sunny Summer Rock Vol 1 | Free Flying | Trk 14 |
| Sunny Summer Rock Vol 1 | Next Time | Trk 15 |
| Sunny Summer Rock Vol 1 | Summers Eve | Trk 16 |
| Sunny Summer Rock Vol 1 | Syrup Plush | Trk 17 |
| Sunny Summer Rock Vol 1 | Under The Sun | Trk 18 |
| Sunny Summer Rock Vol 1 | What Its Worth | Trk 19 |
| Sunny Summer Rock Vol 1 | Years Gone By | Trk 20 |
| Sunny Summer Rock Vol 1 | Inverse Universe | Trk 21 |
| Sunny Summer Rock Vol 1 | Because | Trk 22 |
| Sunny Summer Rock Vol 1 | Closer To You | Trk 23 |
| Sunny Summer Rock Vol 1 | Free Flying | Trk 24 |
| Sunny Summer Rock Vol 1 | Next Time | Trk 25 |
| Sunny Summer Rock Vol 1 | Summers Eve | Trk 26 |
| Sunny Summer Rock Vol 1 | Syrup Plush | Trk 27 |
| Sunny Summer Rock Vol 1 | Under The Sun | Trk 28 |
| Sunny Summer Rock Vol 1 | What Its Worth | Trk 29 |
| Sunny Summer Rock Vol 1 | Years Gone By | Trk 30 |
| Trance-Floor Vol 1 | iFunk | Trk 1 |
| Trance-Floor Vol 1 | Anime | Trk 2 |
| Trance-Floor Vol 1 | Erotica | Trk 3 |
| Trance-Floor Vol 1 | Take Me | Trk 4 |
| Trance-Floor Vol 1 | In Space | Trk 5 |
| Trance-Floor Vol 1 | Highway | Trk 6 |
| Trance-Floor Vol 1 | Do U Know | Trk 7 |
| Trance-Floor Vol 1 | Pursuit | Trk 8 |
| Trance-Floor Vol 1 | H I Ready | Trk 9 |
| Trance-Floor Vol 1 | Nicotine | Trk 10 |
| Trance-Floor Vol 1 | Migration | Trk 11 |
| Trance-Floor Vol 1 | 2 U | Trk 12 |
| Trance-Floor Vol 1 | Steady | Trk 13 |
| Trance-Floor Vol 1 | City | Trk 14 |
| Trance-Floor Vol 1 | Goodbye | Trk 15 |
| Trance-Floor Vol 1 | iFunk | Trk 16 |
| Trance-Floor Vol 1 | Anime | Trk 17 |
| Trance-Floor Vol 1 | Erotica | Trk 18 |
| Trance-Floor Vol 1 | Take Me | Trk 19 |
| Trance-Floor Vol 1 | In Space | Trk 20 |
| Trance-Floor Vol 1 | Highway | Trk 21 |
| Trance-Floor Vol 1 | Do U Know | Trk 22 |
| Trance-Floor Vol 1 | Pursuit | Trk 23 |
| Trance-Floor Vol 1 | H I Ready | Trk 24 |
| Trance-Floor Vol 1 | Nicotine | Trk 25 |
| Trance-Floor Vol 1 | Migration | Trk 26 |
| Trance-Floor Vol 1 | 2 U | Trk 27 |
| Trance-Floor Vol 1 | Steady | Trk 28 |
| Trance-Floor Vol 1 | Goodbye | Trk 29 |

| | | |
|---|---|---|
| Todd Haberman Vol 3 | Seag Through | Trk 1 |
| Todd Haberman Vol 3 | Come On Over | Trk 2 |
| Todd Haberman Vol 3 | Danger Approaches | Trk 3 |
| Todd Haberman Vol 3 | Machine Drum | Trk 4 |
| Todd Haberman Vol 3 | Like The Old Days | Trk 5 |
| Todd Haberman Vol 3 | Misfits Inc. | Trk 6 |
| Todd Haberman Vol 3 | Nastiness | Trk 7 |
| Todd Haberman Vol 3 | No Cares Here | Trk 8 |
| Todd Haberman Vol 3 | Out Of My Way | Trk 9 |
| Todd Haberman Vol 3 | Punk Party | Trk 10 |
| Todd Haberman Vol 3 | See You There | Trk 11 |
| Todd Haberman Vol 3 | Shift Up | Trk 12 |
| Todd Haberman Vol 3 | Smooth Operator | Trk 13 |
| Todd Haberman Vol 3 | Sushi Kix | Trk 14 |
| Todd Haberman Vol 3 | Violin Fight | Trk 15 |
| Todd Haberman Vol 3 | Seag Through | Trk 16 |
| Todd Haberman Vol 3 | Come On Over | Trk 17 |
| Todd Haberman Vol 3 | Danger Approaches | Trk 18 |
| Todd Haberman Vol 3 | Machine Drum | Trk 19 |
| Todd Haberman Vol 3 | Like The Old Days | Trk 20 |
| Todd Haberman Vol 3 | Misfits Inc. | Trk 21 |
| Todd Haberman Vol 3 | Nastiness | Trk 22 |
| Todd Haberman Vol 3 | Out Of My Way | Trk 23 |
| Todd Haberman Vol 3 | Punk Party | Trk 24 |
| Todd Haberman Vol 3 | See You There | Trk 25 |
| Todd Haberman Vol 3 | Shift Up | Trk 26 |
| Todd Haberman Vol 3 | Violin Fight | Trk 27 |
| Todd Haberman Vol 3 | Seag Through | Trk 28 |
| Todd Haberman Vol 3 | Come On Over | Trk 29 |
| Todd Haberman Vol 3 | Danger Approaches | Trk 30 |
| Todd Haberman Vol 3 | Machine Drum | Trk 31 |
| Todd Haberman Vol 3 | Like The Old Days | Trk 32 |
| Todd Haberman Vol 3 | Misfits Inc. | Trk 33 |
| Todd Haberman Vol 3 | Nastiness | Trk 34 |
| Todd Haberman Vol 3 | Out Of My Way | Trk 35 |
| Todd Haberman Vol 3 | Punk Party | Trk 36 |
| Todd Haberman Vol 3 | See You There | Trk 37 |
| Todd Haberman Vol 3 | Shift Up | Trk 38 |
| Todd Haberman Vol 3 | Violin Fight | Trk 39 |

**Certificate will be mailed in window envelope to this address:**

Name ▼

Number/Street/Apt ▼

City/State/ZIP ▼

**D**

**EX. C**

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
United States of America

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

SR 336-929

EFFECTIVE DATE OF REGISTRATION

7 - 31 - 03

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
▼ TITLE OF THIS WORK ▼
WASHINGTONIAN Volume 1

PREVIOUS, ALTERNATIVE OR CONTENTS TITLES (CIRCLE ONE) ▼
SEE CONTINUATION SHEET

**2**
**a** NAME OF AUTHOR ▼
FREEPLAY MUSIC, INC.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
SOUND RECORDING AND MUSIC

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2001
◀ Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month ▶ JAN.  Day ▶ 1  Year ▶ 2001
UNITED STATES OF AMERICA  ◀ Nation

**4**
**a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
FREEPLAY MUSIC, INC.
1650 BROADWAY, SUITE 1108
NEW YORK, NY 10019-6833

APPLICATION RECEIVED
JUL 31 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 31 2003
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**b**

---

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| | |
|---|---|
| EXAMINED BY | FORM XX |
| CHECKED BY | |
| CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This work was previously registered in unpublished form and now has been published for the first time

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is Yes, give **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼        Account Number ▼

a

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b   SCOTT P SCHREER
FREEPLAY MUSIC, INC.
1650 BROADWAY, SUITE 1108
NEW YORK, NY 10019-6833
Area code and daytime telephone number  212-974-0548
Email SCOTT@FREEPLAYMUSIC.COM

Fax number 212 664 7737

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive rights

☒ authorized agent of  SCOTT P. SCHREER

Name of author or other copyright claimant, or owner of exclusive rights ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

SCOTT P SCHREER        Date JULY 22, 2003

Handwritten signature (X) ▼

X _____

**9**

Certificate will be mailed in window envelope to this address

Name ▼
FREEPLAY MUSIC, INC
Number/Street/Apt ▼
1650 BROADWAY, SUITE 1108
City/State/ZIP ▼
NEW YORK, NY 10019-6833

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev. June 2002   ⊛ Printed on recycled paper        U.S. Government Printing Office: 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**FORM** SR /CON
UNITED STATES COPYRIGHT OFFICE

SR 336-929

PA PAU SE SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

7  31  03

CONTINUATION SHEET RECEIVED

JUL 31 2003

Page 3 of 4 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A
**Identification of Application**

- IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

WASHINGTONIAN VOLUME 1

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

FREEPLAY MUSIC, INC

## B
**Continuation of Space 2**

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP: Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP: Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP: Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

CONTINUATION OF (Check which):  ☒ Space 1   ☐ Space 4   ☐ Space 6

**C**
Continuation
of other
Spaces

CONTENTS TITLES FOR

"WASHINGTONIAN VOLUME 1"

1) TURNING THE TIDE
2) EXECUTIVE DECISION
3) CAPITOL W
4) WHILE THE NATION MOURNS
5) POLITICAL ATTACK
6) CAPITOL PULSE
7) EVOLUTION
8) WASHINGTON QUICK STEP
9) PRECEDENT
10) TRIUMPH THEME

**D**

Certificate
will be
mailed in
window
envelope
to this
address.

Name ▼
FREEPLAY MUSIC, INC.
1650 BROADWAY, SUITE 1108
NEW YORK, NY  10019-6833

**EX. D**

06/01/2006 13:06 FAX 12126541731   FREEPLAY/NJJ                    ☑002/024

06/01/2006 13:06 FAX 12126541731   FREEPLAY/NJJ                    ☑002/024

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 374-911**

SR374911B

EFFECTIVE DATE OF REGISTRATION

1 - 23 - 06
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
FREEPLAY MUSIC CORP. / DVD #4

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼
SEE ATTACHED CONTINUATION SHEET

**2** 
**a** NAME OF AUTHOR ▼
FREEPLAY MUSIC CORP.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
SOUND RECORDING & MUSIC

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003
◀ Year in all cases.
This information must be given

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ June   Day ▶ 1   Year ▶ 2003
United States of America   ◀ Nation

**4**
**a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
FREEPLAY MUSIC CORP
1650 BROADWAY 1108
NY NY 10019

APPLICATION RECEIVED
JAN 2 3 2006
ONE DEPOSIT RECEIVED
JAN 2 3 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 6 pages

06/01/2006  13:06 FAX   12126541151       FREEPLAY/NJJ                    003/024

| EXAMINED BY | *illegible* | FORM SR |
| CHECKED BY | | |
| CORRESPONDENCE | | FOR COPYRIGHT OFFICE USE ONLY |
| ☐ Yes | | |

*Prepared by C.O. from informal continuation sheet.

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes" why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This work was previously registered in unpublished form and now has been published for the first time.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

**b**   Scott P. Schreer
FREEPLAY MUSIC CORP.
1650 Broadway, 1108
N.Y., N.Y.

Area code and daytime telephone number 212-100th-0648   Fax number 212-664-7737

Email   scott@freeplaymusic.com

**7**

**CERTIFICATION** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of   Scott P. Schreer

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Scott P. Schreer                                    Date 1/5/06

Handwritten signature (X) ▼

X  *signature*

**8**

**Certificate will be mailed in window envelope to this address**

Name ▼   FREEPLAY MUSIC CORP.

Number/Street/Apt ▼   1650 Broadway, 1108

City/State/ZIP ▼   N.Y. N.Y.   10019

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office - SR
101 Independence Avenue, S.E.
Washington, D.C. 20559-6227

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

Rev: July 2003—100,000   Web Rev: July 2003   ⊚ Printed on recycled paper                    U.S. Government Printing Office: 2003-496-605/60,009

Case 1:06-cv-04212-LBS   Document 1   Filed 06/05/06   Page 26 of 33

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**Form ⟨SC⟩ /CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SR 374-911

‾‾ VAU

‾‾ OF REGISTRATION

*1 - 23 - 06*
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED
JAN 2 3 2006

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

Page **3** of **6** pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

  "FREEPLAY MUSIC CORP. / DVD #4"

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

  FREEPLAY MUSIC CORP.

## B
Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼      Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼      Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼      Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

**CONTINUATION OF** (Check which):   ☐ Space 1   ☐ Space 4   ☐ Space 6

**C**
Continuation
of other
Spaces

| | | | | | | |
|---|---|---|---|---|---|---|
| Greg Smith Vol 1 | Smooth | trk 1 | Gary Phillips Vol 2 | Countdown | trk 1 | |
| Greg Smith Vol 1 | Bunny Food | trk 2 | Gary Phillips Vol 2 | Full Force | trk 2 | |
| Greg Smith Vol 1 | Impaction | trk 3 | Gary Phillips Vol 2 | Honky Tonk Hank | trk 3 | |
| Greg Smith Vol 1 | Wonder Boy | trk 4 | Gary Phillips Vol 2 | Minds Eye | trk 4 | |
| Greg Smith Vol 1 | Psychosirrus | trk 5 | Gary Phillips Vol 2 | Rat Boy | trk 5 | |
| Greg Smith Vol 1 | Paralize | trk 6 | Gary Phillips Vol 2 | Southern Style | trk 6 | |
| Greg Smith Vol 1 | Harpscape | trk 7 | Gary Phillips Vol 2 | Summer Dawn | trk 7 | |
| Greg Smith Vol 1 | Temptress | trk 8 | Gary Phillips Vol 2 | The Race Is On | trk 8 | |
| Greg Smith Vol 1 | Ambush | trk 9 | Gary Phillips Vol 2 | The Way I Feel | trk 9 | |
| Greg Smith Vol 1 | Lone | trk 10 | Gary Phillips Vol 2 | Up All Night | trk 10 | |
| Greg Smith Vol 1 | Smooth | trk 11 | Gary Phillips Vol 2 | Countdown | trk 11 | |
| Greg Smith Vol 1 | Bunny Food | trk 12 | Gary Phillips Vol 2 | Full Force | trk 12 | |
| Greg Smith Vol 1 | Impaction | trk 13 | Gary Phillips Vol 2 | Honky Tonk Hank | trk 13 | |
| Greg Smith Vol 1 | Psychosirrus | trk 14 | Gary Phillips Vol 2 | Minds Eye | trk 14 | |
| Greg Smith Vol 1 | Paralize | trk 15 | Gary Phillips Vol 2 | Rat Boy | trk 15 | |
| Greg Smith Vol 1 | Harpscape | trk 16 | Gary Phillips Vol 2 | Southern Style | trk 16 | |
| Greg Smith Vol 1 | Ambush | trk 17 | Gary Phillips Vol 2 | Summer Dawn | trk 17 | |
| Greg Smith Vol 1 | Lone | trk 18 | Gary Phillips Vol 2 | The Race Is On | trk 18 | |
| Greg Smith Vol 1 | Smooth | trk 19 | Gary Phillips Vol 2 | The Way I Feel | trk 19 | |
| Greg Smith Vol 1 | Bunny Food | trk 20 | Gary Phillips Vol 2 | Up All Night | trk 20 | |
| Greg Smith Vol 1 | Impaction | trk 21 | Gary Phillips Vol 2 | Countdown | trk 21 | |
| Greg Smith Vol 1 | Wonder Boy | trk 22 | Gary Phillips Vol 2 | Full Force | trk 22 | |
| Greg Smith Vol 1 | Psychosirrus | trk 23 | Gary Phillips Vol 2 | Honky Tonk Hank | trk 23 | |
| Greg Smith Vol 1 | Paralize | trk 24 | Gary Phillips Vol 2 | Minds Eye | trk 24 | |
| Greg Smith Vol 1 | Harpscape | trk 25 | Gary Phillips Vol 2 | Rat Boy | trk 25 | |
| Greg Smith Vol 1 | Ambush | trk 26 | Gary Phillips Vol 2 | Southern Style | trk 26 | |
| Greg Smith Vol 1 | Lone | trk 27 | Gary Phillips Vol 2 | Summer Dawn | trk 27 | |
| | | | Gary Phillips Vol 2 | The Race Is On | trk 28 | |
| | | | Gary Phillips Vol 2 | The Way I Feel | trk 29 | |
| | | | Gary Phillips Vol 2 | Up All Night | trk 30 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| James Wilson Vol 1 | Cachaca Holiday | trk 1 | Jams & Bands Vol 1 | Attitude Booty | trk 1 | |
| James Wilson Vol 1 | Kyrie | trk 2 | Jams & Bands Vol 1 | Dicks In Detention | trk 2 | |
| James Wilson Vol 1 | Life On The Blues Side | trk 3 | Jams & Bands Vol 1 | Dirty Dogs And Road Hogs | trk 3 | |
| James Wilson Vol 1 | Moments Remembered | trk 4 | Jams & Bands Vol 1 | Middle School Mayhem | trk 4 | |
| James Wilson Vol 1 | New Generation | trk 5 | Jams & Bands Vol 1 | Moms On A Mission | trk 5 | |
| James Wilson Vol 1 | Necessary Risk | trk 6 | Jams & Bands Vol 1 | Nude In The Mood | trk 6 | |
| James Wilson Vol 1 | Cachaca Holiday | trk 7 | Jams & Bands Vol 1 | Ride On Road Rage | trk 7 | |
| James Wilson Vol 1 | Kyrie | trk 8 | Jams & Bands Vol 1 | Seduce Me | trk 8 | |
| James Wilson Vol 1 | Life On The Blues Side | trk 9 | Jams & Bands Vol 1 | Taylor Loves Tyler | trk 9 | |
| James Wilson Vol 1 | Moments Remembered | trk 10 | Jams & Bands Vol 1 | Townies In The Tullies | trk 10 | |
| James Wilson Vol 1 | New Generation | trk 11 | Jams & Bands Vol 1 | Attitude Booty | trk 11 | |
| James Wilson Vol 1 | Necessary Risk | trk 12 | Jams & Bands Vol 1 | Dicks In Detention | trk 12 | |
| James Wilson Vol 1 | Cachaca Holiday | trk 13 | Jams & Bands Vol 1 | Dirty Dogs And Road Hogs | trk 13 | |
| James Wilson Vol 1 | Kyrie | trk 14 | Jams & Bands Vol 1 | Middle School Mayhem | trk 14 | |
| James Wilson Vol 1 | Life On The Blues Side | trk 15 | Jams & Bands Vol 1 | Moms On A Mission | trk 15 | |
| James Wilson Vol 1 | Moments Remembered | trk 16 | Jams & Bands Vol 1 | Nude In The Mood | trk 16 | |
| James Wilson Vol 1 | New Generation | trk 17 | Jams & Bands Vol 1 | Ride On Road Rage | trk 17 | |
| James Wilson Vol 1 | Necessary Risk | trk 18 | Jams & Bands Vol 1 | Seduce Me | trk 18 | |
| | | | Jams & Bands Vol 1 | Taylor Loves Tyler | trk 19 | |
| | | | Jams & Bands Vol 1 | Townies In The Tullies | trk 20 | |
| | | | Jams & Bands Vol 1 | Attitude Booty | trk 21 | |
| | | | Jams & Bands Vol 1 | Dicks In Detention | trk 22 | |
| | | | Jams & Bands Vol 1 | Dirty Dogs And Road Hogs | trk 23 | |
| | | | Jams & Bands Vol 1 | Middle School Mayhem | trk 24 | |
| | | | Jams & Bands Vol 1 | Moms On A Mission | trk 25 | |
| | | | Jams & Bands Vol 1 | Nude In The Mood | trk 26 | |
| | | | Jams & Bands Vol 1 | Ride On Road Rage | trk 27 | |
| | | | Jams & Bands Vol 1 | Seduce Me | trk 28 | |
| | | | Jams & Bands Vol 1 | Taylor Loves Tyler | trk 29 | |
| | | | Jams & Bands Vol 1 | Townies In The Tullies | trk 30 | |

**D**

Certificate will be mailed in window envelope to this address:

Name ▼

Number/Street/Apt ▼

City/State/ZIP ▼

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

CONTINUATION OF (Check which): ☐ Space 1   ☐ Space 4   ☐ Space 6

**C**

Continuation of other Spaces

| | | |
|---|---|---|
| Hip-Pop Vol 1 | Another Day | trk 1 |
| Hip-Pop Vol 1 | Attention Please | trk 2 |
| Hip-Pop Vol 1 | Hot Summer Nights | trk 3 |
| Hip-Pop Vol 1 | In Focus | trk 4 |
| Hip-Pop Vol 1 | Last Dance | trk 5 |
| Hip-Pop Vol 1 | Never Let You Go | trk 6 |
| Hip-Pop Vol 1 | Sly Stride | trk 7 |
| Hip-Pop Vol 1 | Spanish Flower | trk 8 |
| Hip-Pop Vol 1 | Watch Dog | trk 9 |
| Hip-Pop Vol 1 | Another Day | trk 10 |
| Hip-Pop Vol 1 | Attention Please | trk 11 |
| Hip-Pop Vol 1 | Hot Summer Nights | trk 12 |
| Hip-Pop Vol 1 | Last Dance | trk 13 |
| Hip-Pop Vol 1 | Never Let You Go | trk 14 |
| Hip-Pop Vol 1 | Sly Stride | trk 15 |
| Hip-Pop Vol 1 | Spanish Flower | trk 16 |
| Hip-Pop Vol 1 | Watch Dog | trk 17 |
| Hip-Pop Vol 1 | Another Day | trk 18 |
| Hip-Pop Vol 1 | Attention Please | trk 19 |
| Hip-Pop Vol 1 | Hot Summer Nights | trk 20 |
| Hip-Pop Vol 1 | In Focus | trk 21 |
| Hip-Pop Vol 1 | Last Dance | trk 22 |
| Hip-Pop Vol 1 | Never Let You Go | trk 23 |
| Hip-Pop Vol 1 | Sly Stride | trk 24 |
| Hip-Pop Vol 1 | Spanish Flower | trk 25 |
| Hip-Pop Vol 1 | Watch Dog | trk 26 |
| Hip-Pop Vol 2 | About Time | trk 1 |
| Hip-Pop Vol 2 | All Eyes On Me | trk 2 |
| Hip-Pop Vol 2 | Breakin | trk 3 |
| Hip-Pop Vol 2 | Flip Side | trk 4 |
| Hip-Pop Vol 2 | Hit Me Up | trk 5 |
| Hip-Pop Vol 2 | Holla | trk 6 |
| Hip-Pop Vol 2 | Mercy Beat | trk 7 |
| Hip-Pop Vol 2 | Sly Sneak | trk 8 |
| Hip-Pop Vol 2 | Street Beat | trk 9 |
| Hip-Pop Vol 2 | About Time | trk 10 |
| Hip-Pop Vol 2 | All Eyes On Me | trk 11 |
| Hip-Pop Vol 2 | Breakin | trk 12 |
| Hip-Pop Vol 2 | Flip Side | trk 13 |
| Hip-Pop Vol 2 | Hit Me Up | trk 14 |
| Hip-Pop Vol 2 | Holla | trk 15 |
| Hip-Pop Vol 2 | Mercy Beat | trk 16 |
| Hip-Pop Vol 2 | Sly Sneak | trk 17 |
| Hip-Pop Vol 2 | Street Beat | trk 18 |
| Hip-Pop Vol 2 | About Time | trk 19 |
| Hip-Pop Vol 2 | All Eyes On Me | trk 20 |
| Hip-Pop Vol 2 | Breakin | trk 21 |
| Hip-Pop Vol 2 | Flip Side | trk 22 |
| Hip-Pop Vol 2 | Hit Me Up | trk 23 |
| Hip-Pop Vol 2 | Holla | trk 24 |
| Hip-Pop Vol 2 | Mercy Beat | trk 25 |
| Hip-Pop Vol 2 | Sly Sneak | trk 26 |
| Hip-Pop Vol 2 | Street Beat | trk 27 |

| | | |
|---|---|---|
| Hip Hop Vol 3 | Banging | trk 1 |
| Hip Hop Vol 3 | Big Time | trk 2 |
| Hip Hop Vol 3 | Bling Bling | trk 3 |
| Hip Hop Vol 3 | Creepin | trk 4 |
| Hip Hop Vol 3 | Pop It | trk 5 |
| Hip Hop Vol 3 | Ready To Strike | trk 6 |
| Hip Hop Vol 3 | Sit Tight | trk 7 |
| Hip Hop Vol 3 | Sly Side | trk 8 |
| Hip Hop Vol 3 | Where They At | trk 9 |
| Hip Hop Vol 3 | Banging | trk 10 |
| Hip Hop Vol 3 | Big Time | trk 11 |
| Hip Hop Vol 3 | Bling Bling | trk 12 |
| Hip Hop Vol 3 | Creepin | trk 13 |
| Hip Hop Vol 3 | Pop It | trk 14 |
| Hip Hop Vol 3 | Ready To Strike | trk 15 |
| Hip Hop Vol 3 | Sit Tight | trk 16 |
| Hip Hop Vol 3 | Sly Side | trk 17 |
| Hip Hop Vol 3 | Where They At | trk 18 |

| | | | |
|---|---|---|---|
| 1141 | Hip Hop Vol 4 | trk 1 | Back Down |
| 1142 | Hip Hop Vol 4 | trk 2 | Big Poppa |
| 1143 | Hip Hop Vol 4 | trk 3 | City Scape |
| 1144 | Hip Hop Vol 4 | trk 4 | Fried Funk |
| 1145 | Hip Hop Vol 4 | trk 5 | Hit Man |
| 1146 | Hip Hop Vol 4 | trk 6 | Its On |
| 1147 | Hip Hop Vol 4 | trk 7 | Let Me In |
| 1148 | Hip Hop Vol 4 | trk 8 | Mo Beats |
| 1149 | Hip Hop Vol 4 | trk 9 | Show Down |
| 1151 | Hip Hop Vol 4 | trk 10 | Slow Your Roll |
| 1152 | Hip Hop Vol 4 | trk 11 | Swerve On |
| 1153 | Hip Hop Vol 4 | trk 12 | Back Down |
| 1154 | Hip Hop Vol 4 | trk 13 | Big Poppa |
| 1155 | Hip Hop Vol 4 | trk 14 | City Scape |
| 1156 | Hip Hop Vol 4 | trk 15 | Fried Funk |
| 1157 | Hip Hop Vol 4 | trk 16 | Hit Man |
| 1158 | Hip Hop Vol 4 | trk 17 | Its On |
| 1159 | Hip Hop Vol 4 | trk 18 | Let Me In |
| 1160 | Hip Hop Vol 4 | trk 19 | Mo Beats |
| 1161 | Hip Hop Vol 4 | trk 20 | Show Down |
| 1162 | Hip Hop Vol 4 | trk 21 | Slow Your Roll |
| 1163 | Hip Hop Vol 4 | trk 22 | Swerve On |
| 1164 | Hip Hop Vol 4 | trk 23 | Back Down |
| 1165 | Hip Hop Vol 4 | trk 24 | Big Poppa |
| 1166 | Hip Hop Vol 4 | trk 25 | City Scape |
| 1167 | Hip Hop Vol 4 | trk 26 | Fried Funk |
| 1168 | Hip Hop Vol 4 | trk 27 | Hit Man |
| 1169 | Hip Hop Vol 4 | trk 28 | Its On |
| 1170 | Hip Hop Vol 4 | trk 29 | Let Me In |
| 1171 | Hip Hop Vol 4 | trk 30 | Mo Beats |
| 1172 | Hip Hop Vol 4 | trk 31 | Show Down |
| 1173 | Hip Hop Vol 4 | trk 32 | Slow Your Roll |
| 1174 | Hip Hop Vol 4 | trk 33 | Swerve On |

**D**

DO NOT:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

window envelope to this address:

Number/Street/Apt ▼

City/State/ZIP ▼

**EX. E**

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

**Form SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

SR _____ SRU _____

EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

FREEPLAY MUSIC CORP / DVD #1

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

**2** **a** NAME OF AUTHOR ▼

FREEPLAY MUSIC CORP.

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼

SOUND RECORDING & MUSIC

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003 ◀ Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month June  Day 1  Year 2003
United States of America ◀ Nation

**4** **a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

FREEPLAY MUSIC CORP
1650 BROADWAY, SUITE 1108
NEW YORK, NY 10019

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM SR |
| --- | --- | --- |
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This work was previously registered in unpublished form and now has been published for the first time.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ _____ **Year of Registration** ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                         Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

**b**   Scott P. Schreer
FREEPLAY MUSIC CORP.
1650 Broadway, 1108
NEW YORK, N.Y. 10019
Area code and daytime telephone number ▶ 212 974-0548    Fax number ▶ 212 664 7737
Email ▶ scott@freeplaymusic.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Scott P. Schreer
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Scott P. Schreer                                   Date 1/4/06

Handwritten signature (X) ▼
X _____

**8**

| Certificate will be mailed in window envelope to this address | Name ▼ FREEPLAY MUSIC CORP. | **YOU MUST:** • Complete all necessary spaces • Sign your application in space 8 **SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:** 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material **MAIL TO:** Library of Congress Copyright Office - SR 101 Independence Avenue, S.E. Washington, D.C. 20559-6227 | **9** |
| | Number/Street/Apt ▼ 1650 Broadway, 1108 | | |
| | City/State/ZIP ▼ NY. N.Y. 10019 | | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—100,000   Web Rev: July 2003   ☺ Printed on recycled paper                                   U.S. Government Printing Office: 2003-490-605/60.014

# CONTINUATION SHEET
# FOR APPLICATION FORMS

Form ____ /CON
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|-----|-----|----|-----|----|-----|----|-----|

EFFECTIVE DATE OF REGISTRATION

(Month)          (Day)          (Year)

CONTINUATION SHEET RECEIVED

Page _____ of _____ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**
Identification
of
Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

"FREEPLAY MUSIC CORP. / DVD) #1

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) : (Give the name and address of at least one copyright claimant as given in Space 6 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

FREEPLAY MUSIC CORP.

**B**
Continuation
of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of ▶ _____
    {Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of ▶ _____
    {Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of ▶ _____
    {Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which): ☑ Space 1 ☐ Space 4 ☐ Space 6

**C**
Continuation
of other
Spaces

CONTENT TITLES FOR:

"FREEPLAY MUSIC CORP. / DVD #1"

1. ACOUSTIC GUITAR VOL 1

2. BANGIN BEATS VOL 1

3. BANGIN BEATS VOL 2

4. BLUES VOL 1

5. BOSSA NOVA VOL. 1

6. BREEDING & Peterson VOL 1

7. CONTEMPORARY Jazz Guitar Vol 1

8. DANCE & POP VOL 1

Certificate will be mailed in window envelope to this address;

Name ▼ FREEPLAY MUSIC CORP.
Number/Street/Apt ▼ 1650 Broadway, 1108
City/State/Zip ▼ NY, NY 10019

**D**

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

September 2003 — 20,000  Web Rev: September 2003  ♻ Printed on recycled paper

U.S. Government Printing Office: 2003-496-605/60,034