**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 8-17-06

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREEPLAY MUSIC, CORP.,

Plaintiff,

-against-

VIVID ENTERTAINMENT GROUP and TERAVISION, INC.

Defendants.

Index No. 06 CV 4212(LBS)

**STIPULATION OF DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned, the attorneys for the plaintiff and defendants in the above-captioned action, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this actions, this action (including without limitation all claims asserted herein) be discontinued as against defendants with prejudice and without costs to any party as against the others. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: August 11, 2006
New York, New York

_____
Christopher Serbagi, Esq.
LAW OFFICES OF CHRISTOPHER SERBAGI
488 Madison Avenue, Suite 1120
New York, NY 10022
Facsimile: 212-308-8582

Attorneys for Freeplay Music, Corp.

_____
Jeffrey F. Reina, Esq.
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3857
Facsimile: (716) 855-1580

Attorneys for Vivid Entertainment Group

So ordered
[signature]
8/17/06

MEMO ENDORSED

10

| | |
|---|---|
| /s/ David P. Beitchman<br>David P. Beitchman<br>BEITCHMAN & ZEKIAN, P.C.<br>510 West Sixth Street<br>Penthouse 1220<br>Los Angeles, CA 90014<br>Facsimile (213) 488-1176<br><br>Attorneys for Teravision, Inc. | |